NEARE v. JAMES, appellant.

*Lease — surety upon — counter-claim.*

A guarantor of rent reserved in a lease, *held*, not discharged from liability for a breach by the lessee by the failure of the lessor to perform the covenants in the lease on his part. Such failure, however, might furnish the basis of a counter-claim, on the part of the guarantor, available in diminution of damages, as it grows out of the same transaction.

APPEAL from a judgment in favor of plaintiff entered upon the report of a referee. The action was brought by Charles Neare against Albert A. James upon a guaranty executed by the defendant upon a lease given by the plaintiff to one Dailey of a farm belonging to plaintiff.

*J. G. Record,* for appellant.

*Allen & Thrasher* and *D. H. Bolles,* for respondent.

E. DARWIN SMITH, J.

The opinion reviews the facts and holds that the judgment should be affirmed upon the grounds stated in the head-note. It is not believed necessary to give the opinion at length.

*Judgment affirmed.*